UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIA HACKETT,<br><br>   Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK, PLC,<br><br>   Defendant. | Case No. 1:17-cv-2532<br><br>[Removal from Hamilton County, Indiana Circuit Court, Case No. 29C01-1706-MI-006152]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 AND 1441(a)**<br><br>**[FEDERAL QUESTION]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA:**

PLEASE TAKE NOTICE that Defendant Barclays Bank, PLC ("Barclays") hereby removes this action described below from the Indiana Circuit Court, County of Hamilton to the United States District Court for the Southern District of Indiana pursuant to Sections 1331 and 1441(a) of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

**I.  REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**

1. On June 29, 2017, Plaintiff Tamia Hackett ("Plaintiff") filed a complaint in the Indiana Circuit Court, County of Hamilton, entitled *Hackett v. Barclays Bank, PLC.*, 29C01-1706-MI-006152 (hereinafter, the "State Court Action"). The Complaint alleges two causes of action for Violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* The Summons and Complaint are attached hereto as Exhibit 1, as required by 28 U.S.C.

§1446(a).

2.	This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the TCPA.

## II.	THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1.	Barclays was served with the Complaint on July 7, 2017. This Notice of Removal is timely in that it is filed within thirty days after receipt by Barclays of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

2.	Barclays is the only defendant named in the Complaint. Accordingly, all named defendants consent to the removal of this action.

3.	The Indiana Circuit Court, County of Hamilton is located within the United States District Court for the Southern District of Indiana. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.	In compliance with 28 U.S.C. § 1446(d), Barclays will serve on Plaintiff and will file with the Clerk of the Indiana Circuit Court, County of Hamilton written "Notice to the Clerk and Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.

5.	No previous application has been made for the relief requested herein.

WHEREFORE, Barclays respectfully removes this action from the Indiana Circuit Court, County of Hamilton, to this Court pursuant to 28 U.S.C. §§ 1331

and 1441.

DATED: July 27, 2017   REED SMITH LLP

    /s/ *John E. Joseph*
John E. Joseph (#27462-49)
REED SMITH LLP
20 Stanwix St., Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-7177
Facsimile: (412) 288-3063
Email: jjoseph@reedsmith.com

*Counsel for Defendant Barclays Bank, PLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on **July 27, 2017**, a true and accurate copy of the foregoing **DEFENDANT BARCLAYS BANK, PLC'S NOTICE OF REMOVAL** was filed electronically with the Court. Notice of this filing will be via US first class mail to:

Syed Ali Saeed
Saeed & Little
1433 N. Meridan St.
Suite 202
Indianapolis, IN 46202-2366
*Plaintiff's Counsel*

Tammy Baitz
Hamilton County Clerk
1 Hamilton County Square, Suite 106
Noblesville, IN 46060

/s/ *John E. Joseph*
John E. Joseph