UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIA HACKETT<br><br>        Plaintiff,<br><br>  v.<br><br>BARCLAYS BANK, PLC,<br><br>        Defendant. | Case No. 1:17-cv-02532-JMS-DML |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Tamia Hackett and Defendant Barclays Bank, PCL, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss all claims with prejudice.

**IT IS THEREFORE STIPULATED**, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that any and all claims and counts raised herein are dismissed with prejudice, with all parties to bear their own costs.

Dated this 9th day of August 2018.

                                                                                Respectfully submitted,

| | |
|---|---|
| */s/ Syed Ali Saeed* | */s/ Christopher R. Murphy (with permission)* |
| Syed Ali Saeed | Christopher R. Murphy |
| SAEED & LITTLE, LLP | Jonathan Marmo |
| 1433 N. Meridian Street, Suite 202 | REEDSMITH LLP |
| Indianapolis, IN 46202 | 225 Fifth Avenue |
| ali@sllawfirm.com | Pittsburgh, PA 15222 |
| *Attorney for Plaintiff Tamia Hackett* | crmurphy@ReedSmith.com |
| | jmarmo@reedsmith.com |
| | *Attorneys for Defendant Barclays Bank. PLC* |

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing, though the Court's Electronic Filing System on this 10th day of August, 2018, to the following parties:

Christopher R. Murphy        crmurphy@ReedSmith.com

Jonathan Marmo              jmarmo@reedsmith.com


08/10/2018                                      s/ Syed Ali Saeed
DATE                                            Syed Ali Saeed (#28759-49)
                                                1433 N. Meridian St. Ste 201
                                                Indianapolis, IN  46202
                                                Phone:  317-721-9214
                                                Fax:  888-422-3151
                                                Email:  ali@sllawfirm.com