UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIA HACKETT<br><br>  Plaintiff,<br><br>v.<br><br>BARCLAYS BANK, PLC,<br><br>  Defendant. | Case No. 1:17-cv-02532-JMS-DML |

## ORDER ON JOINT STIPULATION OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby ORDERED dismissed, with prejudice, costs paid [41].

Date: 8/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher R. Murphy     crmurphy@ReedSmith.com

Jonathan Marmo           jmarmo@reedsmith.com

Syed Ali Saeed           ali@sllawfirm.com